546

442 A.2d 354
Estate of Niessen.
Appeal of Geesey, et al.
Petition for Allowance of Appeal Denied June 11, 1982.

Argued December 2, 1981. William H. Poole, for appellant; Sharon E. Myers, for participating parties.

Before WICKERSHAM, WIEAND and MONTEMURO, JJ.

Affirmed.

442 A.2d 355
Lear, a minor, etc. v. Neshaminy School Dist., Appellant.

Argued September 10, 1981. William T. Renz, for appellant; Thomas J. Corrigan, Jr., for appellee.

Before SPAETH, POPOVICH and MONTGOMERY, JJ.

Order affirmed.